TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN





ON MOTION FOR RECONSIDERATION EN BANC









NO. 03-06-00208-CV






Shelly Frank, as Beneficiary of Eric Frank, Deceased, Appellant


v.


Liberty Insurance Corporation, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. D-1-GN-05-001135, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING




O R D E R


PER CURIAM

 Liberty Insurance Corporation has filed a motion for reconsideration en banc. The
motion is denied.

 It is ordered May 16, 2008.



Before Chief Justice Law, Justices Patterson, Puryear, Pemberton, Waldrop and Henson;

 Dissenting Opinion by Justice Waldrop, Joined by Justice Puryear